IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LIONEL OLIVAREZ**                                                                        **PLAINTIFF**
**ADC #159417**

v.                     **Case No. 2:18-cv-00141-KGB-PSH**

**TIFFANY M. MUNN,** *et al.*                                                **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 3).

Accordingly, the Court dismisses without prejudice plaintiff Lionel Olivarez's complaint (Dkt. No. 1) based on his failure to comply with the Court's October 15, 2018, Order directing him to file a signed complaint and to submit the full $400.00 filing and administrative fees or file a fully completed and signed *in forma pauperis* application within 30 days.

It is so ordered this 5th day of April, 2019.

Kristine G. Baker
United States District Judge