IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LIONEL OLIVAREZ                                                                                  PLAINTIFF
ADC #159417

v.                           Case No. 2:18-cv-00141-KGB-PSH

TIFFANY M. MUNN, *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Lionel Olivarez's complaint is dismissed without prejudice.

It is so adjudged this 5th day of April, 2019.

_____
Kristine G. Baker
United States District Judge